AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stewart Abramson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:26-cv-00916 |
| | ) |
| First Call Solutions, LLC, Infoworx Direct, LLC, and Qoutewizard.com., LLC | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    QUOTEWIZARD.COM, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paronich Law PC , Anthony Paronich

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00916

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* QUOTEWIZARD.COM, LLC was received by me on *(date)* May 15, 2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares , who is designated by law to accept service of process on behalf of *(name of organization)* QUOTEWIZARD.COM, LLC on *(date)* Mon, May 18 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5-18-26

_____
*Server's signature*

Stephen Kempski

_____
*Printed name and title*

364 E. Main Street Suite 309, Middletown , DE 19709

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 18, 2026, 10:57 am EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

## AFFIDAVIT OF SERVICE

| Case:<br>2:26-cv-<br>00916 | Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN<br>DISTRICT OF PENNSYLVANIA | County: | Job:<br>15931455 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Stewart Abramson | | **Defendant / Respondent:**<br>First Call Solutions, LLC, Infoworx Direct, LLC, and<br>Qoutewizard.com., LLC | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Paronich Law PC | |
| **To be served upon:**<br>QUOTEWIZARD.COM, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Lynanne Gares, Corporate: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:**                Registered Agent, May 18, 2026, 10:57 am EDT
**Documents:**                            Summons in a Civil Action, Complaint, Jury Trial Demanded, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: May 18, 2026, 10:57 am EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

_____        5/18/26
Stephen Kempski                               **Date**

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678