### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff

vs.

FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC

      Defendant.

Case No. 2:26-cv-00916

### AFFIDAVIT OF EDWARD A. BRODERICK IN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Edward A. Broderick, being duly sworn, deposes and states as follows:

1.     I am an attorney at the law firm of Broderick Law, P.C. in the Commonwealth of Massachusetts at 10 Hillside Avenue, Winchester, MA 01890.

2.     I submit this declaration pursuant to Local Rule of Civil Procedure 83.5.2(b) in support of the motion for my admission to appear *pro hac vice* on behalf of Plaintiff in this matter. I also have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the

Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

3.    I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I was admitted to practice by the Supreme Judicial Court of Massachusetts on December 19, 1994, and my bar number is 566826.

4.    Additionally, I am admitted to practice in the following federal district courts and am active and in good standing in all of them.

United States District Court for the District of Massachusetts, admitted 12/19/1994

U.S. District of Colorado, admitted 02 /01/2012

First Circuit Court of Appeals, 11/06/1996

Eastern District of Wisconsin, 08/31/2015

Western District of Wisconsin, 03/10/2015

Eastern District of Michigan, 06/06/2014

Northern District of Illinois, 08/16/2022

5.    I have never been suspended from the practice of law in any jurisdiction, nor have I received any reprimand from any bar of which I have been a member.

6.    Accordingly, I respectfully request that the Court grant my *pro hac vice* application to appear as counsel on behalf of Plaintiff.

7. I am a registered CM/ECF user on this District.

I declare under pain and penalties of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed in Winchester, Massachusetts on May 19, 2026.

<u>   /s/ *Edward A. Broderick*      </u>
Edward A. Broderick