# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

       Plaintiff

vs.

FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC

       Defendant.

Case No. 2:26-cv-00916

## [PROPOSED] ORDER ON MOTION FOR ADMISSION
### *PRO HAC VICE* OF EDWARD A. BRODERICK

This Court GRANTS the Motion to Appear *Pro Hac Vice* Edward A. Broderick, who is permitted to appear on behalf of Plaintiff Stewart Abramson.

_____
Robert J. Colville
United State District Judge