**UNITED STATES DISTRICT COURT**
**Western District of Pennsylvania**



*271668*

**AFFIDAVIT OF SERVICE**

Index no : **2:26-cv-00916**

**Stewart Abramson, individually and on behalf of all others similarly situated**

        Plaintiff(s),

vs.

**First Call Solutions, LLC, et al**

        Defendant(s).

                                            /

**STATE OF CONNECTICUT**

                  **ss: East Hartford**

**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/30/2026** at **1:00 PM**, I served the within **Summons in a Civil Action and Complaint- Class Action** on **First Call Solutions, LLC** at **c/o Shahzad Ahmad, 153 Cedar Ridge Road, Newington, CT 06111** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Aiman Shahzad, Authorized Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **First Call Solutions, LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Middle Eastern | Black | 27 | 5'4" | 130 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
June 01, 2026
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Sandra Yade
PROOF
2111 Woodward Ave, Ste 300
Detroit, MI 48201
850-466-8342/313-288-9783
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES
3/31/2028



AOL Mail - 271668

