**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC, and QUOTEWIZARD.COM, LLC,<br><br>       Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**ASSENTED-TO MOTION TO EXTEND DEFENDANT QUOTEWIZARD.COM, LLC'S DEADLINE TO RESPOND TO COMPLAINT FROM JUNE 8, 2026 TO JUNE 22, 2026**

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby moves this Court, with the assent of Plaintiff Stewart Abramson ("Plaintiff"), to extend the deadline for QuoteWizard to respond to Plaintiff's Complaint by a brief period of two weeks, from June 8, 2026 to June 22, 2026. As grounds for this Assented-To Motion, QuoteWizard states as follows:

1. Plaintiff filed this action on May 14, 2026. *See* Docket Entry No. 1.

2. In his Complaint, Plaintiff brings one claim against QuoteWizard alleging violations of § 227(b) of the Telephone Consumer Protection Act. *Id.* at ¶¶ 64-69.

3. On May 18, 2026, Plaintiff filed a return of service representing that he effectuated service upon QuoteWizard on May 18, 2026. *See* Docket Entry No. 6.

4. Accordingly, QuoteWizard's response to the Complaint is due June 8, 2026. *Id.*

5. QuoteWizard recently retained undersigned counsel for this matter and the undersigned needs additional time to investigate, review, and analyze Plaintiff's pleading and

prepare QuoteWizard's response to it.  QuoteWizard therefore seeks a modest and brief extension of two weeks, from June 8, 2026 to June 22, 2026, to prepare its response.

6.     Plaintiff assents to the relief sought in this motion.  Therefore, no prejudice will result should the Court allow this motion.  Should the relief not be requested, QuoteWizard will be prejudiced because it will not have sufficient time to strategize and prepare a response to this class action lawsuit.

WHEREFORE, QuoteWizard, with Plaintiff's assent, respectfully moves this Court to extend the deadline for QuoteWizard to respond to Plaintiff's Complaint from June 8, 2026 to June 22, 2026.

June 4, 2026                                  Respectfully Submitted,

Nelson Mullins Riley & Scarborough LLP

*/s/ Timur R. Dikec*
Timur R. Dikec (Bar No. 333225)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 730-3311
Facsimile: (412) 567-9241
timur.dikec@nelsonmullins.com

*Counsel for Defendant QuoteWizard.com, LLC*

[*Assented-To Signature and Certificate of Service to Follow.*]

-3-

*ASSENTED-TO BY:*

STEWART ABRAMSON,

Plaintiff,

*/s/ Anthony L. Paronich*
Anthony L. Paronich (Admitted *Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
Facsimile: (508) 221-1510
anthony@paronichlaw.com

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
Bower Law Associates, PLLC
403 S. Allen Street, Suite 210
State College, Pennsylvania 16801
Telephone: (814) 234-2626
jjackson@bower-law.com

Date: June 4, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


Dated: June 4, 2026                     */s/ Timur R. Dikec*
                                        Timur R. Dikec (Bar No. 333225)