

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JUN 0 5 2026

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

**Case No. 2:26-cv-00916**

STEWART ABRAMSON,
Plaintiff,

v.

FIRST CALL SOLUTIONS, LLC,
INFOWORX DIRECT, LLC,
QUOTEWIZARD.COM, LLC,

## MOTION TO DISMISS CLAIMS AGAINST SHAHZAD AHMAD

COMES NOW Shahzad Ahmad, appearing pro se, and respectfully moves this Court for dismissal of any claims asserted against him. In support thereof, Defendant states as follows:

1. I am identified in certain business records as the registered agent of First Call Solutions, LLC.
2. I did not operate, manage, control, or conduct business through First Call Solutions, LLC.
3. First Call Solutions, LLC was never operational under my direction or control.
4. I have never maintained any ownership interest, employment relationship, management role, contractual relationship, or operational involvement with Infoworx Direct, LLC or QuoteWizard.com, LLC.
5. I did not authorize, direct, supervise, participate in, or benefit from any telemarketing activities alleged in the Complaint.
6. I have no personal knowledge of the telephone calls described in the Complaint and did not initiate, approve, place, or direct any such calls.
7. To the best of my knowledge and belief, I am a victim of identity theft and/or unauthorized use of my personal information.
8. I have reported concerns relating to identity theft to law enforcement and possess supporting documentation, including a police report.
9. I respectfully request that the parties investigate and review all available call records, DID records, carrier traceback information, IP address logs, account registration records, payment records, and related technical evidence associated with the alleged communications.
10. Such records will demonstrate that I was not responsible for initiating, directing, authorizing, or participating in the conduct alleged by Plaintiff.
11. The Complaint does not contain specific factual allegations establishing that I personally engaged in, directed, controlled, or knowingly participated in any unlawful telemarketing activity.
12. Accordingly, there is no factual basis upon which liability may be imposed against me.

WHEREFORE, Shahzad Ahmad respectfully requests that this Court:
A. Dismiss all claims asserted against him;
B. Remove him from this action;
C. Consider any supporting documentation regarding identity theft and unauthorized use of personal information; and
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Shahzad Ahmad
Pro Se

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2026, I served a true and correct copy of the foregoing Motion to Dismiss Claims Against Shahzad Ahmad upon counsel for Plaintiff by depositing the same in the United States Mail, postage prepaid, addressed as follows:

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____

Shahzad Ahmad
Pro Se

# NEWINGTON POLICE DEPARTMENT

Pa

300 Garfield Street, Newington CT 06111

(860) 666-8445

## CASE/INCIDENT REPORT

SUPPLEMENT.

| Y | INCIDENT DATE 07/16/2024 07/16/2024 | TIME 18:56 | DATE OF RPT 07/16/2024 | TIME OF RPT 20:43 | TYPE OF INCIDENT IDENTITY THEFT | | | INCIDENT CD IDTHEFT | INVESTIGATING OFFICER Patrol Officer Leary, Ashley |
|---|---|---|---|---|---|---|---|---|---|

| | DIVISION NO 306 | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID 306 | TYPIST ALEARY | DATE TYPE 07/16/202. |
|---|---|---|---|---|---|---|---|

| AME AND TYPE DGE Rd  NEWINGTON | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME 153 CEDAR RIDGE RD | STATUS Cleared - No lea |
|---|---|---|---|---|

| | | | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | 26F | 26F | Completed | Residence/home |

IPLAINANT  V=VICTIM  A=ARRESTEE   J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFI

| | SEX | RACE | D.O.B. | | TELEPHONE | ADDRESS | | OP STA |
|---|---|---|---|---|---|---|---|---|
| izad | M | I | 05/12/1977 | Hom | (413) 312 - 8811 | 153 Cedar Ridge Rd Newington CT | | CT  059 |

July 16th 2024, at approximately 1856 hours, I, Officer Leary, responded to the lobby of the Newington Police reported identity theft.

ral, I met with the complainant, Shahzad Ahmad (DOB 05/12/77), who reported that today he noticed a fraudul ink of America bank account in the amount of $1,001.62 from a "Ahram Luxury LLC". Shahzad stated that he i i of this suspicious charge and they are investigating it under their claim number, 240617561025. Shahzad sta1 iis personal information, such as his social security number was compromised. Shahzad stated that he has be ree major credit bureaus and will continue to do so. Shahzad was informed to contact the bank and change hi tion and to monitor his bank account for any further transactions. Shahzad stated that Bank of America informe rt and that they would credit the $1001.62 back to his account.

arch of the "Ahram Luxury LLC" revealed that the company is based in Mumbai.

ack of suspect information and that the company is not based in the United States, this case is being suspendec

V INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. IN CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS MENT OR OFFICER'S POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSON: ITEMS IN, AS INCLUDED IN THE ATTACHED REPORT WHICH THE INFORMATION SO RECEIVED BY ME.

| NATURE: iley Leary/ | INVESTIGATOR I.D.#: 2684 | SIGNED DATE: 07/16/2024 | SUPERVISOR SIGNATURE /SGT. Reza Abhassi/ | SUPERVISOR I.D.#: ner- |
|---|---|---|---|---|