PRESS FIRMLY TO SEAL



**UNITED STATES POSTAL SERVICE.**  Retail

**P**  US POSTAGE PAID
**$12.90**  Origin: 06111
06/02/26
0833540011-24

PRIORITY MAIL®

0 Lb 1.90 Oz

RDC 03

EXPECTED DELIVERY DAY:  08/04/26

C094

SHIP TO:
700 GRANT ST
PITTSBURGH PA 15219-1906

USPS TRACKING® #

9505 5131 7327 6153 1029 74

PS00001000014

**FROM:** Shahzad Ahmad
153 cedar Ridge Rd
Nowinhton CT 06111.

**TO:**

clerk of court District
united states District
court western District
of Pennsylvania
700 Grant Street
Pittsburgh PA 15219

- Expected delivery date s
- Domestic shipments incl
- USPS Tracking® service
- Limited international inst
- When used internationall

*Insurance does not cover certain
Domestic Mail Manual at http://p
** See International Mail Manual

**FLAT RATE**
ONE RATE ■ ANY WEIG

**TRACKED ■**

This package is made from post-consumer waste. Please recycle - again.