**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC,<br><br>    Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF KEVIN P. POLANSKY**

Pursuant to LCvR 83.2(B) and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151), Attorney Kevin P. Polansky hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant QuoteWizard.com, LLC.  In support of this Motion, undersigned files herewith the Affidavit of Kevin P. Polansky, which satisfies the requirements of the foregoing Local Rule and Standing Order.

[*Signature and Certificate of Service to Follow.*]

Respectfully Submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP,**

*/s/ Kevin P. Polansky*
Kevin P. Polansky (MA BBO # 667229)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4700
Facsimile: (617) 217-4710
kevin.polansky@nelsonmullins.com

***Counsel for Defendant QuoteWizard.com, LLC***

Date: June 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 12, 2026        */s/ Kevin P. Polansky*
                             Kevin P. Polansky (MA BBO # 667229)