**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC,<br><br>        Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**AFFIDAVIT OF KEVIN P. POLANSKY IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Kevin Patrick Polansky, make this affidavit pursuant to LCvR 83.2 and in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant QuoteWizard.com, LLC.  Being duly sworn, I do hereby depose and say as follows:

1.      I am a partner at the law firm of Nelson Mullins Riley & Scarborough, LLP.

2.      My business address is One Financial Center, Suite 3500, Boston, Massachusetts 02111.

3.      I am a member in good standing of the bars of Massachusetts, Connecticut, New Hampshire, Maine, the United States District Court for the District of Massachusetts, the United States District Court for the District of Connecticut, the United States District Court for the District of New Hampshire, the U.S. Court of Appeals for the First Circuit, and the U.S. Court of Appeals for the Second Circuit.

4.      My bar identification numbers are:

    a.  Massachusetts: 667229

    b.  Connecticut: 434359

    c.  New Hampshire: 265419

    d.  Maine: 5516

5.      I primarily practice in Massachusetts.  A current Certificate of Good Standing Form from Massachusetts is attached hereto as **Exhibit 1**.

6.      I have never been the subject of any disciplinary proceeding concerning my practice of law.

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

10.      I certify and attest that the foregoing statement made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 12, 2026       */s/ Kevin P. Polansky*
                      Kevin P. Polansky