**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC, <br><br> Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO DISMISS
COUNT II OF PLAINTIFF'S COMPLAINT**

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby moves this Court to dismiss Count II of the Complaint filed by Plaintiff Stewart Abramson ("Plaintiff"), as that claim concerns QuoteWizard, for its lack of personal jurisdiction under Fed. R. Civ. 12(b)(2), and for its failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  A copy of Quote Wizard's proposed order is filed herewith.

As set forth in QuoteWizard's accompanying Memorandum of Law, this Court cannot exercise general personal jurisdiction or specific personal jurisdiction over QuoteWizard because the Complaint does not contain facts to maintain such jurisdiction.  More specifically, the pleading does not allege that QuoteWizard is "essentially at home" in Pennsylvania, and it does not proffer facts that support an inference that QuoteWizard has sufficient minimum contacts with the state. And even if this Court did have the ability to exercise jurisdiction over QuoteWizard in this action (which it does not), the Complaint should be dismissed for the separate reason that it fails to

adequately allege an agency relationship between QuoteWizard and the entities that purportedly made the telephone solicitations at issue.

WHEREFORE, QuoteWizard respectfully moves this Court, under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) to dismiss Count II of the Complaint, as that claim concerns QuoteWizard, with prejudice.

Respectfully Submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP,**

*/s/ Kevin P. Polansky*
Kevin P. Polansky (Admitted *Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4720
Facsimile: (617) 217-4710
kevin.polansky@nelsonmullins.com

***Counsel for Defendant QuoteWizard.com, LLC***

Date: June 18, 2026

## CERTIFICATE OF CONFERENCE

I, Kevin Polansky, hereby certify that on June 16, 2026, I conferred with Plaintiff's Counsel *via* telephone pursuant to Judge Colville's Standing Order and Procedures Re: Civil Motion Practice, in a good faith effort to determine whether the foregoing identified pleading deficiencies may be cured by amendment. I hereby certify that the Parties were unable to resolve the matter, and, therefore, the instant motion practice is necessary.

Dated: June 18, 2026          */s/ Kevin P. Polansky*
                            Kevin P. Polansky (Admitted *Pro Hac Vice*)


[*Certificate of Service to Follow.*]

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 18, 2026                          */s/ Kevin P. Polansky*
                                              Kevin P. Polansky (Admitted *Pro Hac Vice*)