**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC,<br><br>Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**[PROPOSED] ORDER ON DEFENDANT QUOTEWIZARD.COM, LLC'S
MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT**

This matter having come before the Court upon the Motion to Dismiss Count II of Plaintiff's Complaint, which was filed by Defendant QuoteWizard.com, LLC ("QuoteWizard"), it is hereby ORDERED as follows:

1.      It is hereby **ORDERED** and **ADJUDGED** that Count II of the Complaint, only as that claim concerns QuoteWizard, is hereby dismissed with prejudice.

SO ORDERED:

_____
Justice
Dated: _____ \_\_\_, 2026

-1-