**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, on behalf of
himself and others similarly situated,

      Plaintiff,

         v.

FIRST CALL SOLUTIONS, LLC,
INFOWORX DIRECT, LLC and
QUOTEWIZARD.COM, LLC,

      Defendants.

Case No. 2:26-cv-00916-RJC

District Judge Robert J. Colville

**DECLARATION OF EDWARD A. BRODERICK**

I, Edward A. Broderick, declare as follows:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, I am competent to testify and make this affidavit on personal knowledge.

2. Attached hereto is certified copy of the current Registration to Do Business in the Commonwealth of Pennsylvania of QuoteWizard.com. LLC, which I requested and received via the Pennsylvania Department of State Website on June 23, 2026. The Certificate of Registration indicates that QuoteWizard.com, LLC registered to do business in Pennsylvania on June 11, 2019, and remains in active status.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS THIS 24th DAY OF JUNE, 2026 IN THE COMMONWEALTH OF MASSACHUSETTS.

/s/ *Edward A. Broderick*
Edward A. Broderick

# Pennsylvania Department of State

Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

| | | | |
|---|---|---|---|
| **Regarding:** | QuoteWizard.com, LLC | | |
| **Request Type:** | Certificate of Registration | **Issuance Date:** | June 23, 2026 |
| **Request No.:** | 082097225 | **File No:** | 0006912198 |
| **Receipt No.:** | 2915216 | | |
| **Filing Type:** | Foreign Limited Liability Company | | |
| **Filing Subtype:** | Limited Liability Company | | |
| **Initial Filing Date:** | June 11, 2019 | | |
| **Status:** | Active | | |

### TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I DO HEREBY CERTIFY THAT

QuoteWizard.com, LLC

is a foreign association duly registered to do business in this Commonwealth as of the issuance date herein.

I DO FURTHER CERTIFY THAT this Certificate of Registration shall not imply that all fees, taxes and penalties owed to the Commonwealth of Pennsylvania are paid.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written.

**Albert Schmidt**
Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov