## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FIRST CALL SOLUTIONS, LLC,
INFOWORX DIRECT, LLC and
QUOTEWIZARD.COM, LLC,

Defendants.

Civil Action No. 2:26-cv-00916-RJC

### DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS AND IMMATERIAL AND PREJUDICIAL ALLEGATIONS

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby moves, pursuant to Fed. R. Civ. P. 12(f) and Fed. R. Civ. P. 23, to strike the class allegations and ¶¶ 42-45 contained in the Complaint filed by Plaintiff Stewart Abramson ("Plaintiff"). A copy of QuoteWizard's proposed order is filed herewith.

Plaintiff purports to bring this action on behalf of himself and two proposed putative classes, the "TCPA Prerecord Class" and the "TCPA Prerecord QuoteWizard Sub-Class." But Plaintiff's definitions of the putative classes necessarily require millions of individualized and disputed factual inquiries to determine who may be a member, and such individualized issues predominate commonality. Even more, Plaintiff's proposed class definitions presuppose liability. As set forth in the accompanying Memorandum of Law, Courts routinely strike such class allegations. When it is "obvious from the pleadings that the proceeding cannot possibly move forward on a classwide basis, district courts use their authority under Federal Rule of Civil

Procedure 12(f) to delete the complaint's class allegations." *Manning v. Bos. Med. Ctr. Corp.*, 725 F.3d 34, 59 (1st Cir. 2013).

In this case, it is obvious from the Complaint that Plaintiff will not be able to certify or litigate this action on a class-wide basis. The individualized issues caused by the proposed class definitions also defeat the commonality required under Fed. R. Civ. P. 23. In short, the proposed classes improperly tie membership to the outcome of the litigation, they are overbroad, and they lack objective criteria, such that they must be stricken.

Further, by alleging that QuoteWizard settled an unrelated class action for $19,000,000 and is otherwise "no stranger to TCPA violations," the Complaint contains facts that are immaterial to this lawsuit. Such allegations are not just inflammatory, but they are prejudicial to QuoteWizard. Accordingly, this Court should reach into its panoply of remedies and strike them.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, QuoteWizard respectfully moves this Court to strike the (i) class allegations to prevent the pursuit of uncertifiable classes, and (ii) prejudicial and immaterial allegations, including ¶¶ 42-45 of the Complaint.

[*Signature Page and Certificates of Conference and Service on Following Page.*]

Respectfully Submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP,**

*/s/ Kevin P. Polansky*
Kevin P. Polansky (Admitted *Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4720
Facsimile: (617) 217-4710
kevin.polansky@nelsonmullins.com

***Counsel for Defendant QuoteWizard.com, LLC***

Date: July 2, 2026

## CERTIFICATE OF CONFERENCE

I, Kevin Polansky, hereby certify that on July 2, 2026, I conferred with Plaintiff's Counsel pursuant to Judge Colville's Standing Order and Procedures Re: Civil Motion Practice, in a good faith effort to determine whether the subject matter in the foregoing pleadings may be cured without Court intervention. I hereby certify that the Parties were unable to resolve the matter, and, therefore, the instant motion practice is necessary.

Dated: July 2, 2026                 */s/ Kevin P. Polansky*
                                                    Kevin P. Polansky (Admitted *Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 2, 2026                 */s/ Kevin P. Polansky*
                                                    Kevin P. Polansky (Admitted *Pro Hac Vice*)