**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC and QUOTEWIZARD.COM, LLC,<br><br>       Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**[PROPOSED] ORDER ON DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS AND IMMATERIAL AND PREJUDICIAL ALLEGATIONS**

This matter having come before the Court upon the Motion to Strike Class Allegations and Immaterial and Prejudicial Allegations, which was filed by Defendant QuoteWizard.com, LLC ("QuoteWizard"), it is hereby ORDERED as follows:

1.      It is hereby **ORDERED** and **ADJUDGED** that the class allegations contained in the Complaint filed by Plaintiff Stewart Abramson ("Plaintiff") are hereby stricken;

2.      It is hereby **ORDERED** and **ADJUDGED** that ¶¶ 42-45 of the Complaint are hereby stricken; and

3.      It is hereby **ORDERED** and **ADJUDGED** that, within fourteen days of this order, Plaintiff shall file an Amended Complaint that effectively complies with this ruling and removes the stricken allegations from the operative pleading.

[*Signature Page to Follow.*]

-1-

-2-

SO ORDERED:

_____
Justice
Dated: _____ ___, 2026