# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **FIRST CALL SOLUTIONS, LLC; INFOWORX DIRECT, LLC; QUOTEWIZARD.COM, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:26-cv-00916-RJC |

## AFFIDAVIT OF SERVICE

I, Lisa Carniello, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INFOWORX DIRECT, LLC in Palm Beach County, FL on July 6, 2026 at 12:00 pm at 7956 Mandarin Dr, Boca Raton, FL 33433-7428 by leaving the following documents with Ronald Perstein who as Registered Agent is authorized by appointment or by law to receive service of process for INFOWORX DIRECT, LLC.

SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION
Race: White, Sex: Male, Est. Age: 65+, Hair: Gray, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=26.363421659,-80.1688245586
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Broward County                    ,

FL        on    7/6/2026            .

/s/ *Lisa Carniello*
_____
Signature
Lisa Carniello
+1 (863) 449-3909

Exhibit 1a)

