**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC, and QUOTEWIZARD.COM, LLC, <br><br> Defendants. | Civil Action No. 2:26-cv-00916-RJC |

**ASSENTED-TO MOTION TO EXTEND DEFENDANT QUOTEWIZARD.COM, LLC'S
DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE
CLASS ALLEGATIONS AND IMMATERIAL AND PREJUDICIAL ALLEGATIONS**

Defendant QuoteWizard.com, LLC ("QuoteWizard") hereby moves this Court, with the assent of Plaintiff Stewart Abramson ("Plaintiff"), to extend the deadline for QuoteWizard to file its Reply to Plaintiff's Opposition To QuoteWizard.com, LLC's Motion To Strike Class Allegations And Immaterial And Prejudicial Allegations by a brief period of one week, from July 15, 2026 to July 22, 2026. As grounds for this Assented-To Motion, QuoteWizard states as follows:

1.      QuoteWizard filed its Motion to Strike Class Allegations and Immaterial and Prejudicial Allegation ("Motion to Strike") on July 2, 2026. *See* Docket Entry No. 23.

2.      On July 8, 2026, Plaintiff filed an Opposition to the Motion to Strike. *See* Docket Entry No. 27.

3.      Accordingly, QuoteWizard's Reply, pursuant to Judge Colville's Standing Order and Procedure Regarding Civil Motion Practice, is due July 15, 2026.

4.    The undersigned needs additional time to review and analyze Plaintiff's Opposition and prepare QuoteWizard's Reply.  QuoteWizard therefore seeks a modest and brief extension of one week, from July 8, 2026 to July 15, 2026, to prepare its Reply.

5.    Plaintiff assents to the relief sought in this motion.  Therefore, in light of the limited extension and Plaintiff's assent, no prejudice will result should the Court allow this motion.

WHEREFORE, QuoteWizard, with Plaintiff's assent, respectfully moves this Court to extend the deadline for QuoteWizard to file its Reply to Plaintiff's Opposition To QuoteWizard.com, LLC's Motion To Strike Class Allegations And Immaterial And Prejudicial Allegations from July 15, 2026 to July 22, 2026.

July 14, 2026                                     Respectfully Submitted,

Nelson Mullins Riley & Scarborough LLP

*/s/Timur R. Dikec*
Timur R. Dikec (Bar No. 333225)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 730-3311
Facsimile: (412) 567-9241
timur.dikec@nelsonmullins.com

Kevin P. Polansky (Admitted *Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4720
Facsimile: (617) 217-4710
kevin.polansky@nelsonmullins.com

*Counsel for Defendant QuoteWizard.com, LLC*

[*Assented-To Signature and Certificate of Service to Follow.*]

-3-

*ASSENTED-TO BY:*

STEWART ABRAMSON,

Plaintiff,

*/s/ Anthony L. Paronich*
Anthony L. Paronich (Admitted *Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
Facsimile: (508) 221-1510
anthony@paronichlaw.com

Edward A Broderick (Admitted *Pro Hac Vice*)
Broderick Law, P.C.
10 Hillside Avenue
Fifth Floor
Winchester, MA 01890
617-738-7080
Fax: 617-830-0327
Email: ted@broderick-law.com

Jeremy C. Jackson (PA Bar No. 321557)
Bower Law Associates, PLLC
403 S. Allen Street, Suite 210
State College, Pennsylvania 16801
Telephone: (814) 234-2626
jjackson@bower-law.com

Date: July 14, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 14, 2026            */s/ Timur R. Dikec*
                                Timur R. Dikec (Bar No. 333225)