**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FIRST CALL SOLUTIONS, LLC, INFOWORX DIRECT, LLC, and QUOTEWIZARD.COM, LLC,

Defendants.

Civil Action No. 2:26-cv-00916-RJC

**[PROPOSED] ORDER ON ASSENTED-TO MOTION TO EXTEND DEFENDANT QUOTEWIZARD.COM, LLC'S DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE CLASS ALLEGATIONS AND IMMATERIAL AND PREJUDICIAL ALLEGATIONS**

This matter having come before the Court upon the Assented-To Motion to Extend Defendant QuoteWizard.com, LLC's Deadline to Reply to Plaintiff's Opposition to Motion to Strike Class Allegations and Immaterial and Prejudicial Allegations, it is hereby ORDERED as follows:

1.      It is hereby **ORDERED** and **ADJUDGED** that QuoteWizard.com, LLC's deadline to file a Reply to Plaintiff's Opposition to Motion to Strike Class Allegations and Immaterial and Prejudicial Allegations is extended from July 15, 2026 to July 22, 2026.

SO ORDERED:

_____
Justice
Dated: _____ ___, 2026

-1-